AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
EASTERN DISTRICT OF WISCONSIN

FOX VALLEY SHEET METAL
HEALTH FUND, et al.,

        Plaintiffs,

        v.

FELDMANN INC.,

        Defendant.

**JUDGMENT IN A CIVIL CASE**
Case No. 19-C-1654

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs take nothing and this action is dismissed without prejudice for lack of prosecution.

Approved:      s/ William C. Griesbach
                          WILLIAM C. GRIESBACH
                          United States District Judge

Dated: February 12, 2020

STEPHEN C. DRIES
Clerk of Court

s/ Terri Lynn Ficek
(By) Deputy Clerk